LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
AYMAN ALAARAJ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>AYMAN ALAARAJ,<br><br>             Defendant. | Case No.: 2:25-cr-0140<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RECALLING ARREST WARRANT, ISSUING SUMMONS TO APPEAR AND SETTING INITIAL APPEARANCE DATE |

A grand jury returned an Indictment in this case on June 5, 2025 (ECF Entry 1).  The Indictment remains under seal.

Chief United States District Judge Troy L. Nunley appointed Attorney Todd D. Leras to represent Defendant Ayman Alaaraj in proceedings related to enforcement of a grand jury subpoena on November 14, 2024.  On June 17, 2025, Assistant United States Attorney Elliot Wong notified Attorney Leras that the Court had issued an arrest warrant for Ayman Alaaraj following the grand jury's return of the Indictment in this case.  Mr. Wong further provided Ayman Alaaraj with the opportunity to self-surrender on the arrest warrant.  Due to Attorney

Leras's unavailability to appear during the afternoon of June 17, 2025, Ayman Alaaraj agreed to self-surrender the next day and appear on the afternoon calendar on June 18, 2025. Attorney Leras further contacted the Pretrial Services and provided the duty officer with Ayman Alaaraj's relevant identifying information. Specifically, Ayman Alaaraj provided his date of birth, his driver's license number, his social security number, and his home address. This information was voluntarily provided so that an appropriate background check could be performed prior to Ayman Alaaraj's initial appearance.

Given the information above, Plaintiff United States of America by and through Assistant United States Attorney Elliot Wong, and Attorney Todd D. Leras on behalf of Defendant Ayman Alaaraj, stipulate as follows:

1. Defendant Ayman Alaaraj agrees to personally appear in this case on June 18, 2025.

2. The government does not oppose, recalling the arrest warrant pursuant to Rule 4 of the Federal Rules of Criminal Procedure and converting the Arrest Warrant into a Summons to Appear for Initial Appearance on June 18, 2025, at 2:00 p.m., before United States Magistrate Judge Allison Claire.

Assistant U.S. Attorney Elliot Wong has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: June 17, 2025                    MICHELE BECKWITH
                                         Acting United States Attorney

                                         By    */s/ Todd D. Leras for*
                                         ELLIOT WONG
                                         Assistant United States Attorney

DATED: June 17, 2025                    By    */s/ Todd D. Leras*
                                         TODD D. LERAS
                                         Attorney for Defendant
                                         AYMAN ALAARAJ

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Arrest Warrant issued for Defendant Ayman Alaaraj is recalled. Defendant agrees that a Summons to Appear has been issued for June 18, 2025, at 2:00 p.m. The matter is calendared for Initial Appearance on June 18, 2025, before United States Magistrate Judge Allison Claire.

IT IS SO ORDERED.

DATED: June 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE